# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN M. RADER,<br><br>Defendant. | Case No. 19-CR-44-JPS<br><br>**ORDER** |

On February 27, 2019, an information was filed against Defendant, charging him with attempting to evade or defeat taxes in violation of 26 U.S.C. § 7201. (Docket #1). That same day, the parties filed a plea agreement indicating that Defendant has agreed to plead guilty to the crime charged in the information. (Docket #2). On April 2, 2019, Defendant waived his right to prosecution by indictment. (Docket #6).

The parties appeared before Magistrate Judge David E. Jones on April 2, 2019 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #5). Defendant entered a plea of guilty as to the charge in the information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #8 at 1–2).

On April 3, 2019, Magistrate Judge Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared;

and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2–3. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 3. To date, no party has filed such an objection. The Court has considered Magistrate Judge Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' Report and Recommendation (Docket #8) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 3rd day of May, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge